432

Firemen's Pension Fund, Appellant, *v.* Harrisburg et al.

Argued May 26, 1949. Before MAXEY, C. J., LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

434

436

*George L. Reed,* with him *George I. Puhak,* for appellant.

*Spencer G. Hall,* for appellee.

*John McI. Smith,* for intervening appellee.

OPINION PER CURIAM, June 24, 1949:

The judgment of the court below is affirmed on the opinion of President Judge J. PAUL RUPP.